IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

_Jennine A Robinson_ , Plaintiff

v.

**Jury Trial requested:**
(please check one)
___ Yes __✓__ No

_Trump Elon Musk_ ,

_House of Representatives_
_Congress the Supreme_          _the three Branches_
_the Electoral College_ , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Jeanine A Robinson          Homeless
(Name and complete mailing address)

3731692
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:  The President Trump Elon Musk
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 2:  Fred Loya
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3:  Frank Azar
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4:  Wyatt Towing
(Name and complete mailing address)

(Telephone number and e-mail address if known)

2

Michael Hancock
Hickenlooper
Mike Johnston
Jared Polis Practicing Homosexual in Goverment Seat
City County of Denver
Parks Recreation
Wellington Webb
Renissance Hotel
Doubletree
City County of Colorodo  Adcemna County
Adams County
Police Law enforcement
Horizon Blazest chicken Mississippi Trings
Chick fil
Department of Education
E ast High School
Manual
McAufflie
Smith elementorory
Denver Health Hospital
Mental Health Ward
Parkhill Clinics
The Dahlia Garden
University of Colorado Hospital
Nannes anshubrd
Nennul Struckwell Flagstrup
Mental Health will power
Aurora Mental Health

Well Fargo Bank  4770 Peoria

Good To Go

FBI agencies

Detectives   Rose Andon

Public Defenders

Judges that practice Blindfold Justice

crime stopper

Sheriff Department

law enforcement to serve and protect

a democracy; the police in all jurisdiction

Walmart  Jc Penny

Krogers stores

King Soopers

Liquor stores in neighborhoods

Corner stores

7/11 stores

Targets

infinity Dealership

In green valley ranch every where
I lived evicted me without them
having a reason

The last straw I was arrested from
my residence in 2014 for retaliation on
a judge when I stated I will not
sale my residence because that was
my residence and had no where to go
Sharon Kol brook scream at me and
threaten me contempt of court and
had all my paper show them agency
to put me on the street and I had a check
from HARP Home Afforable
Refinance and gave that check to
my ex husband at the time to cash it
to buy crack a 10 000.00 and Dale
Carroll working for coldwell help me with
the application forces me out of my house
lynching laws to lie To steal and to kill
so enough is enough I'm so fred of

them K u Klux Klansman I was
under the Gun of Justice with
these Law of Injustice just
for me and other this Rainbow
Coalition stealing properties and putting
Squatters in Park hill as
Michael Hancock all them Mayors

have did putting meters on streets to make project putting signs up to remove your cars and that call stealing in City Park all that one way in one way out using Park rangers with that gun niggers under the gun I'm so tired of these lairs swallow them like with the bullet that Before of destroying neighbor hoods across this Nation with that Red white blue that confederate flag pledge to no Damn fag or faggoter flag looking like clowns and what a shame of you using Religion to do Massive destruction and children are looking at you shame on you and the blame

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☑ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

*Lynching laws the government*

*ordance department AKA God*

☑ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of *Colorado*.

If Defendant 1 is an individual, Defendant 1 is a citizen of *Klan ownership*

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of *Lynching law* (name of state or foreign nation). *Under the gun*

Defendant 1 has its principal place of business in *yes exporting importing* (name of state or foreign nation). *HATE*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: King Soopers I was out of High school and wrote a five hundred dollar check on

Supporting facts:

my acct Bankers acct from checking People Bank on Montview in 1978 and was arrested no probable cause then my J was ____ was ____ from ____ and no relief then a pawn broker act when I pawn a ____ to buy ____ not a gun then ____ broke. Gordon Leon Brown called the police on me while I lived in my residence on 9354 east 33rd then worked for cherry creek transportation and was terminated and blacklisted black balled worked for Frontier terminated Kaiser terminated King Sooper terminated every job terminated wrongful terminated lived in Aurora then police turn off my water while my children in the house Aurora Water Dept charge me 700.00 dollars my deceased Husband abandons the home and Brighton Justice entered me in 2014 after the divorce from my deceased husband from Sharon Holbrook as a Magistrate Patrick Murphy 7702 ursula street took my ____ across my divorce then did it in commerce city or well jailed me at the ____

## E.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Request put them them burns down to prevent school shooting your doing that america children have no where to go but to the street lynching laws are over in america now and today for a better future for children they are our future hand cuffe these Parents that teach hate to children giving Trump that power to put treasonas a crim criminal

## F.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

3/21/2025
(Date)

My ancestors built this america that blood sweat and NO Fears What about that

Love Destroy Hate

(Revised February 2022)